IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAYSHAUN HUDSON,

    Petitioner,

v.

CHARLOTTE JENKINS, WARDEN,

    Respondent.

Case No. 3:15-cv-146

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS ON MOTION FOR CERTIFICATE OF APPEALABILITY (DOC. #26); OVERRULING MOTION FOR CERTIFICATE OF APPEALABILITY AND TO PROCEED WITHOUT ANY COST ON APPEAL (DOC. #25)

---

Based on the reasoning and the citations of authority set forth by United States Magistrate Judge Michael R. Merz in his March 8, 2016, Report and Recommendations, Doc. #26, as well as on a thorough *de novo* review of the Court's file and the applicable law, the Court ADOPTS said judicial filing, and OVERRULES Petitioner's Motion for Certificate of Appealability and to Proceed Without Any Cost on the Appeal, Doc. #25.  The Court notes that, although Petitioner was advised of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, Petitioner has not filed any Objections within the time allotted.

Date: April 7, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE